MOW 1007-1.2 (05/07)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE ) | |
| ) | |
| **Terry Wayne White, SR** ) | Case No. |
| **Delores Ann White** ) | |
| ) | |
| Debtors. ) | |

**DEBTOR'S EVIDENCE OF NO EMPLOYER PAYMENTS**

I, __Terry Wayne White, SR__ , hereby state and declare under penalty of perjury that (check the box that applies):

☒ I received no payment from any employer for the 60 days prior to filing the petition.

☐ I received no payment from any employer from _____ to _____ prior to the filing of the petition. Payment advices for the remainder of the 60-day period have been provided.

☐ I was self-employed. Net income for 60 days prior to filing the petition, itemized to show how the amount is calculated is (shown below or in the attachment).

**Terry Wayne White, SR**
Name of Debtor

Instructions: File as a separate document on the date the voluntary petition is filed.
ECF Event: Bankruptcy>Other>Debtor Evidence of No Employer Payments.

MOW 1007-1.2 (05/07)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE ) | |
| ) | |
| **Terry Wayne White, SR** ) | Case No. |
| **Delores Ann White** ) | |
| ) | |
| Debtors. ) | |

**DEBTOR'S EVIDENCE OF NO EMPLOYER PAYMENTS**

I,   **Delores Ann White**  , hereby state and declare under penalty of perjury that (check the box that applies):

☒ I received no payment from any employer for the 60 days prior to filing the petition.

☐ I received no payment from any employer from _____ to _____ prior to the filing of the petition. Payment advices for the remainder of the 60-day period have been provided.

☐ I was self-employed.  Net income for 60 days prior to filing the petition, itemized to show how the amount is calculated is (shown below or in the attachment).

**Delores Ann White**
Name of Debtor

Instructions: File as a separate document on the date the voluntary petition is filed.
ECF Event: Bankruptcy>Other>Debtor Evidence of No Employer Payments.